```
                IN THE UNITED STATES BANKRUPTCY COURT
                      NORTHERN DISTRICT OF OHIO
                           EASTERN DIVISION

IN RE:                               *   CASE NO. 09-60541
Charles Walter Thomas
Bonita Thomas                        *
                                         JUDGE RUSS KENDIG
            Debtor(s)                *
                                         NOTICE
*****************************************************************
```

The above named debtor(s) have filed papers with the court To avoid certain lien(s) on real estate of the Debtor(s) in this case.

Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one.

If you do not want the court to approve the motion, or if you want the court to consider your views on the motion,  then on or before **May 21, 2009**, you or your attorney must:

File with the court a written request for a hearing or, if the court requires a written response, an answer, explaining your position at:
```
                    UNITED STATES BANKRUPTCY COURT
                         201 CLEVELAND AVE. SW
                          CANTON, OHIO 44702
```

If you mail  your  (request) (response) to the  court for filing, you must mail it early enough  so the court  will receive it on or  before the date stated above.

You must also mail a copy to:

```
                   1. ATTORNEY DOUGLAS L. THRUSH
                     13 PARK AVE. WEST STE. 314
                        MANSFIELD, OHIO 44902


                     2. TRUSTEE: TOBY L. ROSEN
                       400 W TUSCARAWAS ST 4^TH FL
                         CHARER ONE BANK BLDG.
                          CANTON, OHIO 44702
```

3. UNITED STATES TRUSTEE
200 PUBLIC SQUARE, STE. 20-3300
CLEVELAND, OHIO 44114

    If you or your attorney do not take these steps, the court may decide that you do not oppose the motion and may enter an order granting said motion.

Date: May 1, 2009          /s/Douglas L. Thrush
                              ATTORNEY DOUGLAS L. THRUSH
                              Bar No. 0009941
                              13 PARK AVE. WEST STE. 314
                              MANSFIELD, OHIO 44902
                              419-522-0004

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | * | Chapter 13 |
| | * | Case no. 09-60541 |
| Charles Walter Thomas | * | |
| Bonita Thomas | * | JUDGE RUSS KENDIG |
| Debtor(s) | * | |
| | • | MOTION TO DETERMINE VALUE AND TO AVOID THE |
| | • | SECOND MORTGAGE AND AVOID JUDGMENT LIEN |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

NOW COMES(S) the debtor(s), by and through the undersigned counsel, and moves this Court for an Order to determine value and to avoiding the second mortgages to Mortgage Electronic and avoid the judgment lien filed by Thompson Heating on certain real property owed by the debtor(s). The debtor(s) are entitled to the grant of such Order in accordance with 11 U.S.C. Section 1322 and /or 11 U.S.C. Section 522. Any amounts owed to the avoided lien holders specified below should be paid as general unsecured claims within this case.

1. On February 26, 2009 the Debtors commenced this bankruptcy case.

2. The subject property is located at 191 Redwood Rd., Mansfield, Ohio see attached description.

3. Charles and Bonita Thomas are the owner of subject Property pursuant to a deed recorded with the Richland County Recorder on 2/1/2006 Vol. 1611, page 0022, and instrument no. 200600001743.

4. The subject property has the following estimated market value:

    a. Bankruptcy Petition (Schedule A) Value: $154,000.00
    b. County Auditor's Market Value $174,350.00
    c. Trustee's appraisal Value $154,000.00

3

5.  Real estate taxes and assessments on the subject property total $1,267.70 per half.  As the date of bankruptcy filing, delinquent taxes and assessments totaled $0.00.

6.  The following mortgage(s)/lien(s) have been perfected against the subject property, and the same appear in descending order of priority:

| Creditor name: | Mortgage/Lien | Date filed | Balance owed at filing |
|---|---|---|---|
| Deutsche Bank | Mortgage 1 | 2/1/2006 | $157,598.00 |
| Mtg. Electronic | Mortgage 2 | 2/1/2006 | $39,000.00 |
| Thompson Heating | jdgmnt lien | 8/22/2003 | $2,600.00 |

7.  Based upon the information contained above, the value of the subject real property is not sufficient to secured the claims of the following creditor(s), the claims of the following creditor(s) should be treated as general unsecured claims, and the liens filed in relation to the same must be avoided:

| Creditor name: | Claim number: | Amount Claim |
|---|---|---|
| Mtg. Electronic | not filed | approx $39,000.00 |
| Thompson Heating | not filed | approx $2,900.00 |

NOW THREFORE, the Debtor(s) respectfully request(s) that: 1) this Court finds that the lien(s) listed in section 7, above, are unsecured pursuant to 11 U.S.C. Section 1322, and/or the same impair the homestead exemption to which the Debtor(s) would be entitled pursuant to 11 U.S.C. Section 522; 2) that the Court order that the claim(s) of the creditor(s) listed in Section 7, above, be paid as general unsecured claims; and, 3) that the Court order the creditor(s) listed in section7 above, to release the corresponding lien(s) on the subject property upon completion of the plan payments by the Debtor(s) and the discharge of the Debtor(s) by the

Court in this case.  4) Further, moves the court for an order establishing the value of the real

estate as being $154,000.00.

                                    /s/Douglas L. Thrush
                                    Douglas L. Thrush, 0009941
                                    Douglas L. Thrush, Co. LPA
                                    13 Park Ave. W., Ste. 314

**CERTIFICATE OF SERVICE**

**I, Douglas L. Thrush, hereby certify that the foregoing Motion  was sent by regular US Mail, postage prepaid, this 1st day of May 2009 to the following individuals:**

**Mr. & Mrs. Charles Thomas, 191 Redwood Rd., Mansfield, Ohio 44907.**
**Thompson Heating, 219 N River Rd NW, Warren, Ohio 44483.**
**Mortgage Electronic Reg., PO Box 7814, Ocala, FL 34478.**

**I, Douglas L. Thrush, hereby certify that the foregoing Motion was electronically transmitted on or about May 1, 2009 to the following who are listed on the Court's Electronic Mail Notice List:**

**Toby L Rosen   - lweir@chapter13canton.com**

                                    **/s/Douglas L. Thrush**
                                    **Douglas L. Thrush**
                                    **Attorney For Debtors**

EXHIBIT "A"

O.R. 1611 PG. 0024

Situated in the City of Mansfield, County of Richland and State of Ohio: Know as being Lot Number Fourteen Thousand Two Hundred Twenty-Six (#14226) of consecutively numbered lots in the City of Mansfield,
Permanent Parcel #027-07-170-17-000

Property Address: 191 Redwood, Mansfield, OH 44907
Tax ID No.: 027-07-170-17-000

This conveyance has been examined and the grantor has complied with section 319.202 of the Revised Code
FEES 796.00
EXEMPT
PATRICK W DROPSEY County Auditor

TRANSFER APPROVED
RICHLAND COUNTY
TAX MAP
MB 2-1-06
INITIAL  DATE

AB TRANSFERRED .50¢
PATRICK W. DROPSEY
COUNTY AUDITOR
2-1-06

Order No.: 840050240



**General Inquiry**



## CERTIFICATE OF JUDGMENT - Summary

2003 CJ 54 270 THOMPSON HEATING & COOLING VS THOMAS, CHARLES W et al

| CREDITOR(s) | DEBTOR(s) |
|---|---|
| THOMPSON HEATING & COOLING | THOMAS, CHARLES W |
| Attorney(s) | Attorney(s) |
| Full Name | Full Name |
| Address | Address |
| City/State/Zip | City/State/Zip |
| Phone | Phone |
| CPCCJ | CERTIFICATE OF JUDGMENT |

**Case Attributes**

| | |
|---|---|
| Number | 2003 CJ 54 270 |
| Status | OPEN |
| Filed | 08/22/2003 |
| Incomplete | ☐ |

**land access.com**



**RICHLAND**
SARAH M DAVIS, RECORDER

**Tract Indexing:**
Name
Book/Page
Instrument Number
**UCC Indexing:**
Name
File Number

Richland County
Ohio - County Map
USA Map

**Search Results For:**
Date: 04/01/1989 thru 06/06/2007
Party: Grantor & Grantee

Search Name: THOMAS CHARLES W
Registers:

| Details | Inst Type | File Date | Time | Volume | Page | Inst No | Inst Date |
|---|---|---|---|---|---|---|---|
| Details | DEED | 2/1/2006 | 02:25:00 | 1611 | 0022 | 2006 00001743 | // |
| Details | MORTGAGE | 2/1/2006 | 02:25:00 | 1611 | 0025 | 2006 00001744 | // |
| Details | MORTGAGE | 2/1/2006 | 02:25:00 | 1611 | 0042 | 2006 00001745 | // |
| Details | ASSIGNMORT | 10/30/2006 | 12:55:00 | 1701 | 0891 | 2006 00018927 | 0/0/0 |

Copyright 2000 Affiliated Computer Services, Inc. All rights reserved.



TO: TOBY L. ROSEN, CHAPTER 13 TRUSTEE
400 TUSCARAWAS ST. WEST, SUITE 400
CANTON, OHIO 44702

FROM: STANLEY L. BAUMBERGER, APPRAISER

RE: Charlie Walter & Bonita Thomas
CASE NUMBER: 09-60541
********************************************************************

I, <u>Stanley L. Baumberger,</u> state that I have performed an appraisal of fair market value of the following real estate: 191 Redwood Rd., Mansfield, 44907, Richland County

Permanent Parcel Number: 0270717017000

Based upon my inspection of the property, the following is a description of said property: Single family, split level home, 43 years old, 7 Rms, 3 Bdrms, 2.5 baths, 2,168 SF living area, on 22,952 SF irregular shaped lot. Full basement, with 3 finished rooms and .75 bath, gas heat-partial AC, 2 fireplaces, 2 car garage, deck and patio. House in average-fair condition, needs several minor repairs, good neighborhood.

I have reviewed the following comparable sales in the area:

|    | ADDRESS        | SALE DATE | SALE PRICE |
|----|----------------|-----------|------------|
| 1. | 1155 Burkwood  | 2/08      | $149,000   |
| 2. | 1196 Burkwood  | 9/07      | $155,000   |
| 3. | 142 Sherbrook  | 10/07     | $154,500   |

The real estate tax value of the above property is <u>$174,350</u>

The above debtor(s) purchased the property in the year <u>2/2006 for $199,000. House was listed for sale at $189,900</u>

Based on the above, it is my opinion that the fair market value of the real estate is $154,000

Inspected on 7/11/2008

*[signature]*
Stanley L. Baumberger
111 Sturges Avenue
Mansfield, OH 44903
419-524-5500
419-524-7826 - fax