The court incorporates by reference in this paragraph and adopts as the findings and orders of this court the document set forth below.





Russ Kendig
United States Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

```
IN RE:                           *   CASE NO. 09-60541
 Charles Walter Thomas
 Bonita Thomas                   *
                                     JUDGE RUSS KENDIG
          Debtor(s)              *
                                     ORDER
*************************************************************
```

A Motion was filed by the debtor's attorney, Douglas L. Thrush to determine the value of real estate and to void the second mortgage on said real estate. Notice was given to parties in interest according to law, the Court finds that:

No objections having been raised within twenty (20) days from service of said motion:

IT IS THEREFORE ORDERED, that the value of the real estate shall be $154,000.00 and the second mortgage to Mortgage Electronic and to avoid the judgment lien filed by Thompson Heating which shall be paid as unsecured. Upon the debtors

1

completing their Chapter 13 bankruptcy and receiving their discharge, Mortgage Electronic shall release the second mortgage and the lien filed by Thompson Heating by filing a release of mortgage and release of lien with the County recorders office after the conclusion of the Plan and the granting of a Chapter 13 discharge. (Date filed 02/01/2006 book 1611 page 0042 and instrument no. 200600001745)&(date filed 08/22/2003, book 54, page 270)

This order is not effective in the absence of the granting of the Chapter 13 discharge. County or State officials are ordered to release said lien(s) upon presentation of a copy of this order and a copy of the Chapter 13 discharge. The official may require the copies to be certified. If the official refuses to release the lien upon proper presentation of documents and fees, recordation of a certified copy of this order and certified copy of the Chapter 13 discharge shall act as a release of the lien.

APPROVED:

/s/Douglas L. Thrush
Douglas L. Thrush
Attorney For Debtors

List of parties to be served above Order:

    1. Trustee: Toby L. Rosen   lweir@chapter13canton.com
    2. Douglas L. Thrush, Atty.   douglaslt@embarqmail.com
    3. Mortgage Electronic Reg., PO Box 7814, Ocala, FL 34478.
    4. Thompson Heating, 219 N River Rd. NW, Warren, Ohio 44483.
    5. Mr. & Mrs. Charles Thomas, 191 Redwood Rd., Mansfield, Ohio 44907.
    6. Richland County Clerk of Courts, 50 Park Ave. E., Mansfield, Ohio 44902.